UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Joseph & Tammy Zaragoza,      )
                              )   CV 99-8665-JSL (MANx)
            Plaintiff,        )
     v.                       )   NOTICE TO PARTIES
                              )
Davis, et al., etc.           )
                              )
            Defendant.        )
_____

You are hereby notified that this action has been assigned to Judge J. Spencer Letts. Judge Letts' usual practice in cases assigned to him is to conduct a Mandatory Informal Conference soon after the answer is due. For this reason, he exempts the parties from compliance with settlement procedures set forth in Local Rule 23. This notice represents the court's order in that regard.

The Informal Conference will be held no sooner than ten days after the answer is due. The Conference will be conducted in Chambers and representative of all parties separately from counsel, as well as counsel are expected to attend. Additionally, if the parties believe that an indemnitor or an insurer will be involved in the ultimate resolution of the case, a representative of that indemnitor or insurer should also be present.

Judge Letts expects the plaintiff to pursue the case vigorously and to effect service within 15 days. He will not look with favor upon "good cause" motions for failure to serve, if service efforts are not commenced immediately after filing. Continuances of the Conference will not be granted based upon unexcused failure to select and engage counsel in a timely manner. Notice of the exact time of the Conference will be given later, by minute order or by telephone.

** COUNSEL FOR PLAINTIFF SHALL IMMEDIATELY MAIL THIS NOTICE TO DEFENDANT(S), OR SERVE IT ALONG WITH THE SUMMONS AND COMPLAINT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**NOTICE TO COUNSEL**

**CIVIL CASES ASSIGNED TO JUDGE J. SPENCER LETTS**

COUNSEL FOR PLAINTIFF SHALL IMMEDIATELY MAIL THIS NOTICE TO DEFENDANTS(S), OR SERVE IT ALONG WITH THE SUMMONS AND COMPLAINT

Your case has been assigned to the calendar of Judge J. Spencer Letts. This notice pertains to discovery and pretrial motions.

Counsel are advised that the Court expects strict compliance with the provisions of the Local Rules and the Federal Rules of Civil Procedure. NONCOMPLIANCE MAY LEAD TO THE IMPOSITION OF SANCTIONS, WHICH MAY INCLUDE THE STRIKING OF PLEADINGS AND ENTRY OF JUDGMENT OR DISMISSAL OF THE ACTION.

Counsel's attention is directed particularly to Local Rule 9.2. Counsel should also be guided by the following special requirements when litigating cases assigned to Judge Letts:

1. DISCOVERY: All discovery must be completed on or before the discovery cut-off date to be established by order of the Court. The Court is extremely concerned with discovery excesses and will take an active role to discourage them. Accordingly, the following policies are to be followed:

a. <u>Discovery Disputes</u>: Discovery disputes should not be deferred. If they occur at a deposition the Court should be notified by telephone. Discovery motions are viewed as a last resort. Discovery motions will not be heard until an effort has been made to resolve them by telephone conference with the Court. The parties should contact Lucy Sicairos, Judge Letts' secretary at (213) 894-2600, to arrange telephone conferences with the judge. Upon completion of any such call the parties will be required to file a brief joint statement reflecting agreements reached or rulings by the court.

b. <u>Written Discovery</u>: All interrogatories, requests for production of documents, and requests for admission must be served at least forty-five (45) days before the discovery cut-off date. Except in extraordinary circumstances, the Court will not approve stipulations to permit responses after the discovery cut-off date.

c. <u>Depositions</u>: Depositions will be taken in accordance with the following:

(1) <u>Length</u>: Depositions of any one person will begin and end on the same day, unless the court has otherwise consented in advance. The court will look with extreme disfavor on extension or continuances of depositions. Dilatory or evasive tactics by deponents or counsel which threaten completion of a deposition in a timely manner should be brought to the Court's attention by telephone.

(2) <u>Postponed</u>: Once set, depositions will be taken <u>without fail. They may not be postponed by agreement of counsel or otherwise. CONSENT TO POSTPONEMENT OF DEPOSITIONS WILL NOT BE GIVEN. POSTPONEMENTS FOR ANY REASON WITHOUT CONSENT WILL RESULT IN HEAVY SANCTIONS.</u>

(3) <u>Attendance</u>: Attendance of depositions is mandatory. Subpoenas should be issued to deponents so that this mandate can be enforced. If the witness is there, but his lawyer is not, the depositions should proceed. If the witness is a party, and his lawyer is not present, the deposition may proceed, or at the option of the other party the deposition may be rescheduled and the lawyer will be sanctioned. If the deposing lawyer fails to appear, the deposition will not be rescheduled.

(4) <u>Deposition Dates</u>: Ordinarily the Court expects deposition dates to be fixed by agreement. If no agreement can be reached, the following procedure will be followed: The deposition will be noticed for a day at least twenty days after the notice, and a subpoena issued. The deponent can either, (a) appear at the noticed time and place or, (b) make himself available for the full day on at least two different days prior to the noticed date. If alternative (b) is chosen, the deposing lawyer may either select one of the two days offered or start over.

d. <u>Sanctions</u>: The Court will not hesitate to impose sanctions under Fed.R.Civ.P. 37 or Local Rule 27, where it appears that a party or counsel is abusing the discovery process for purposes beyond its legitimate scope. The Court does not presume that discovery abuses ordinarily are attributable to the client and will not consider the matter of sanctions on the basis of any such presumption. Sanctions when imposed will be borne by the lawyer or client on the basis of actual responsibility as perceived by the Court. The Court may educate itself in this regard by joint inquiry to both lawyer and client.

3

2. <u>MOTIONS</u>: Motions will be heard every other Monday at 1:00pm. Contact the Civil Section at (213) 894-3533 between the hours of 8:30am - 12:00pm for specific dates. Continuances of motions will rarely be granted. In preparing motions, counsel must adhere to the time requirements of the Local Rules. See Local Rules 7.4 (notice of motion); 7.6 (response); 7.7 (reply by moving party); and 7.8 (time limits on continuances). Pursuant to Local Rule 7.9, the Court ordinarily will not consider papers that are not timely filed, and may deem the lack of timely filing of opposition to be consent to the granting of the motion. <u>In such event, the motion will be granted forthwith and the scheduled hearing date will be vacated.</u>

3. <u>EX PARTE APPLICATIONS</u>: See Local Rule 7.18. If counsel desire same day action on their ex parte applications, they shall file their papers before 1:30p.m. along with the declarations(s) required by Local Rule 8.18.1.

_J. Spencer Letts_
United States District Judge

4