

FILED
CLERK, U.S. DISTRICT COURT

SEP 28 1999

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Joseph & Tammy Zaragoza,       )
                               )        CV 99-8665-JSL (MANx)
                               )
          Plaintiff,           )           ORDER
                               )
     v.                        )    INFORMAL STATUS CONFERENCE
                               )
Davis, et al., etc.            )
                               )
          Defendant.           )
_____)

     This case has been assigned to Judge J. Spencer Letts.  IT IS HEREBY ORDERED that all counsel in this action shall personally appear for an initial, informal status conference on _Nov 5, 1999_, at _8:00_ (am/pm) in Courtroom 4, of the United States Courthouse, 312 No. Spring St., 2nd Floor, Los Angeles, CA.  This conference is in addition to and not in lieu of meetings or conferences required by Local Rules or by further order of this Court.

**NOTE: Counsel for plaintiff is responsible for notifying any parties appearing in the action of the date, time and requirements of the informal status conference subsequent to the mailing of this order.**

     Counsel shall be accompanied at the conference by a responsible client representative.  If the defense of the case is to be provided by an insurer, a representative of such insurer shall also be present.

With the consent of the Court, such presence may be in lieu of attendance by the party.   FAILURE TO COMPLY WILL RESULT IN SANCTIONS.

Party representatives need not have any settlement authority. Each party will be expected, however, to have arrived at a responsible estimate of what it would take to settle or dispose of the case that day, without further factual development.

Counsel will be deemed responsible for client attendance.   Each client or representative shall have received a copy of this order prior to the conference, and will be expected to have read and understood it.

At the initial conference, counsel should be prepared to discuss, on a preliminary basis, most or all of the subjects specified in Local Rules 6.4.2 and 9, and in Fed.R.Civ.P. 16(c).   The discussion will be based upon information available at the time of the conference. Extensive preparation should not be required and is discouraged. Counsel will be expected, however, to engage in serious discussion of the case, as it stands.   The Court will not expect either party or counsel to attempt to evade discussion entirely on the basis that "too little is known."

If immediate settlement seems possible, the Court may entertain actual settlement discussions.   The initial conference will last approximately 1-2 hours.

_____
J.  SPENCER LETTS
United States District Judge

C:\DOCS\FORMS\ORDER.ISC