THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

*JS-6 send*

ENTERED
CLERK. U.S. DISTRICT COURT

OCT 25 1999

CENTRAL DISTRICT OF CALIFOR...
DEP...

FILED
CLERK. U.S. DISTRICT COURT

OCT 22 1999

CENTRAL DISTRICT OF CALIFOR...
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOSEPH RAYMOND ZARAGOZA, et al.,

                  Plaintiffs,

        v.

DANIEL G. DAVIS, et al.,

                  Defendants.

)
)
)
)
)
)
)
)
)
)
)

CV 99-08665-JSL

ORDER GRANTING DEFENDANTS'
MOTION TO REMAND

        The motion of defendants Daniel Davis, et al., to remand was decided without hearing on October 18, 1999.

        Having reviewed the papers filed in connection with this matter, and being fully apprised of the relevant facts and law,

        IT IS HEREBY ORDERED that the motion of defendants Daniel Davis, et al., to remand be GRANTED.

        IT IS SO ORDERED.

DATED: _10/22/99_____

                                        _____
                                        J. Spencer Letts
                                        United States District Judge

✓... DOCKETED
✗... MLD COPY PTYS
✗... MLD NOTICE PTYS   LASC
✓... JS-6   CC BC 202358

OCT 25 1999

ENTERED ON ICMS

OCT 25 1999

CV   LC