# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES — GENERAL

Case No. CV 99 - 08665 JSL          Date 10/18/99

Title Zaragoza v. Davis

**DOCKET ENTRY**

PRESENT:

HON. J. SPENCER LETTS , JUDGE

Nancy J. Webb                    Terry Kramer, not pre
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NOT PRESENT                              NOT PRESENT

PROCEEDINGS:   ORDER (In Chambers)

ON THE COURT'S OWN MOTION, _Defendants' motion to_

_remand_

presently set on the Court's calendar _10/8/99_

is taken off calendar:

_X_ GRANTED without hearing. ___ separate order to follow.

___ DENIED without hearing. ___ separate order to follow.

___ OTHER: _____

cc: counsel of record

OCT 25 1999

Initials of Deputy Clerk ___

MINUTES FORM 11
CIVIL—GEN                    D — M

