SEND

FILED
CLERK, U.S. DISTRICT COURT

NOV 3 0 1999

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH RAYMOND ZARAGOZA, et al., | CV 99-08665-JSL |
| Plaintiffs, | ORDER DENYING PLAINTIFF'S EX PARTE REQUEST FOR STAY OF REMAND ORDER |
| v. | |
| DANIEL G. DAVIS, et al., | |
| Defendants. | |

The request of plaintiffs Joseph Raymond Zaragoza, et al., for a stay of the Court's October 18, 1999 Order remanding plaintiffs' action to state court was decided without hearing on November, 30 1999.

Having reviewed the papers filed in connection with this matter, and being fully apprised of the relevant facts and law,

IT IS HEREBY ORDERED that the request of plaintiffs Joseph Raymond Zaragoza, et al., be DENIED in that the Court no longer has jurisdiction to hear Plaintiffs' request.

IT IS SO ORDERED.

ENTERED ON ICMS

DEC 2 1999

DATED: 11/30/99

_____
J. Spencer Letts
United States District Judge